# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 11-2025 LRR |
| vs. | **ORDER** |
| LAWRENCE JOHNSON, | |
| Defendant. | |

On January 6, 2012, the Court accepted the jury verdict finding Defendant Lawrence Johnson guilty on Counts 1, 11, 14, 21 and 22 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Counts 1, 11, 14, 21 and 22 of the Indictment.

2. The United States Probation Office shall conduct a presentence investigation and prepare a report.

3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

4. Defendant remains detained pending sentencing.

**IT IS SO ORDERED.**

**DATED** this 6th day of January, 2012.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA